IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : |
| v. | : VIOLATION: |
| | : |
| JOSE CHAVEZ-GARCIA, | : 8 U.S.C. §§ 1326(a), (b)(2) |
| | : |
| | : (Reentry of Removed Alien after |
| | : Conviction for an Aggravated Felony) |

## INFORMATION

## COUNT ONE

On or about April 16, 2019, in the District of Columbia, the defendant, **JOSE CHAVEZ-GARCIA**, was found in the United States after having been removed therefrom on or about December 22, 2017, at or near Alexandria, Louisiana subsequent to conviction for an aggravated felony, and not having obtained the express consent of the Secretary of Homeland Security or the Attorney General to reapply for admission to the United States.

**(Reentry of Removed Alien after conviction for an Aggravated Felony)**; in violation of Title 8, United States Code, Sections 1326(a) and (b)(2))

Thomas A. Gillice
Assistant U.S. Attorney
for the District of Columbia